**Order filed, August 15, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00664-CV
_____

### CITY OF HOUSTON, TEXAS, Appellant

### V.

### THE COMMONS AT LAKE HOUSTON, LTD, Appellee

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1109638**

## ORDER

The reporter's record in this case was due August 13, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter of County Civil Court at Law No. 1 to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM